# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 17  AM 10:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THOMAS SKARVADA and
TYLER SKARVADA, *Plaintiffs,*

vs

COUNTY OF SAN DIEGO, ISREAL
HARRIS, and Does 1-20, *inclusive,*

*Defendants.*

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1064 JLS WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Michael R. Marrinan, Esq.
614 Fifth Avenue, Suite D
San Diego, California 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMMERLY

By _____ , Deputy Clerk

JUN 17 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)